## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

           v.                       Case No.  06-cr-46-01-SM

<u>Rayner Herrera</u>

### O R D E R

Defendant Herrera's motion to continue the final pretrial conference and trial is granted  (document 15).   Trial has been rescheduled for the March 2007 trial period.   Defendant Herrera  shall file a waiver of speedy trial rights not later than  November 16,  2006.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   February 22, 2007 at 4:00 p.m.

**Jury Selection**:   March 6, 2007 at 9:30 a.m.

SO ORDERED.


Steven J. McAuliffe
Chief Judge

November 7,  2006

cc:   R. Brian Snow, Esq.
      Alfred Rubega, AUSA
      US Probation
      US Marshal