UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                        Case No.  06-cr-46-01-SM

Rayner Herrera

O R D E R

Defendant Herrera's motion to continue the final pretrial conference and trial is granted (document 18). Trial has been rescheduled for the June 2007 trial period. Defendant Herrera shall file a waiver of speedy trial rights not later than January 24, 2007. On the filing of such waiver, his continuance shall be effective. No further continuances absent extraordinary circumstances.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   May 24, 2007 at 2:30 p.m.

**Jury Selection**:   June 5, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

January  17  , 2007

cc:   R. Brian Snow, Esq.
      Alfred Rubega, AUSA
      US Probation
      US Marshal